| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

EMILY WICKLER, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-569
§
AMERICAN STRATEGIC §
INSURANCE, §
§
    Defendant. §

## MEMORANDUM ORDER

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. On April 23, 2020, Judge Giblin issued a report and recommendation on the defendant's motion for summary judgment. He recommended that the Court grant the motion.

No party has objected to the magistrate judge's recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. The Court ORDERS that the report and recommendation (#23) is ADOPTED. The Court further ORDERS that the defendant's motion for summary judgment (#13) is GRANTED. Summary judgment is entered in favor of the defendant, American Strategic Insurance. The plaintiff's claims are accordingly dismissed in their entirety, with prejudice. The Court will enter final judgment separately.

SIGNED at Beaumont, Texas, this 11th day of May, 2020.

                                            MARCIA A. CRONE
                                     UNITED STATES DISTRICT JUDGE